**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felipe Antonio,<br><br>              Plaintiff,<br><br>    v.<br><br>Martha Ramirez, et al.<br><br>              Defendants. | Case No. CV 14-0910 DMG (AGRx)<br><br>**JUDGMENT** |

This Court having granted the motion by Plaintiff Felipe Antonio for default judgment by order dated August 22, 2014 [Doc. # 19],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff against Defendants Martha Ramirez and Angelina Andrade, jointly and severally, in the following amount: $4,000, plus costs in the sum of $440 and attorneys' fees in the amount of $1,700.

Defendants Ramirez and Andrade are enjoined, to the extent they have the legal right to do so, to provide at least one van parking space in the parking area and an accessible entrance to the restaurant facility located at 4003 E. Olympic Blvd., Los Angeles, California in compliance with the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq*. and its implementing regulations. *See, e.g.,* 28 C.F.R. §§ 36.304(a), (b)(1), and (b)(18).

**IT IS SO ORDERED.**

DATED: August 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Services